United States District Court
Southern District of Texas
FILED

AUG 2 5 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALFREDO DE LA GARZA | § § | |
| VS. | § § | CIVIL ACTION NO. B-04-150 |
| | § § | |
| CONSTITUTION STATE SERVICES COMPANY, LLC | § § | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Constitution State Services Company, L.L.C. ("Constitution"), Defendant in the above-entitled cause, hereby files this notice of removal. In support, Constitution will show the following:

1. Constitution is the defendant in a civil action pending in the 197th District Court of the State of Texas, County of Cameron, entitled, "Alfredo De La Garza v. Constitution State Services Company, L.L.C.," Cause No. 2004-07-3633-C. True and correct copies of all process, pleadings, and the orders served upon Constitution in the state court action is being filed with this notice pursuant to 28 U.S.C. §1446(a), and are attached hereto as Exhibit "A."

2. This action was commenced on July 19, 2004. Constitution, the sole Defendant, first received the citation and petition on July 29, 2004, when they were served upon its agent for service of process, CT Corporation System in Wilmington, Delaware. Therefore, this notice of removal is timely filed under 28 U.S.C. §1446(b) within 30 days of receipt of the initial pleading setting forth the claim for relief.

3. The district courts of the United States have original jurisdiction over this action based on complete diversity of citizenship between the parties, in that every Defendant is now, and was at the time the action was commenced, diverse in citizenship from every Plaintiff. No Defendant is, or was at the time the suit was commenced, a citizen of the State of Texas. Alfredo De La Garza, the Plaintiff, is currently domiciled in Cameron County, Texas, and was domiciled there at the time this action was commenced. Plaintiff was, at that time, and is now, a citizen of the State of Texas. Constitution, the Defendant, is a Delaware Limited Liability Company having its principal place of business in Reading, Pennsylvania, and was a Delaware Limited Liability Company with its principal place of business in Reading, Pennsylvania at the time this action was commenced. Defendant was, at that time, and is now, a citizen of the states of Delaware and Pennsylvania. Plaintiff's Original Petition seeks a declaratory judgment invalidating the subrogation lien claimed by Defendant in the amount of $101,822.00 as a result of medical and indemnity payments made to Plaintiff as a result of a worker's compensation claim. Plaintiff also makes a claim for attorney's fees. Therefore, the amount in controversy is in excess of $75,000, exclusive of interest and costs. Because this action is wholly between citizens of different states, and because the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, this Court has original jurisdiction over this cause pursuant to 28 U.S.C. §1332(a)(1).

4. Under 28 U.S.C. §1441(a), venue of the removed action is proper in this Court as the district and division embracing the place where the state action is pending.

5. Constitution, the removing party, will promptly give adverse parties written notice of the filing of this notice of removal as required by 28 U.S.C. § 1446(d). Constitution will promptly file a copy of this notice of removal with the Clerk of the 197th District Court of the

State of Texas, Cameron County, where the action is currently pending, also pursuant to 28 U.S.C. §1446(d).

WHEREFORE, Constitution State Services Company, L.L.C., the Defendant in this action, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446, removes the case styled "Alfredo De La Garza v. Constitution State Services Company, L.L.C.," Cause No. 2004-07-3633-C, from the 197th District Court of the State of Texas, Cameron County, on this 24th day of August, 2004.

Respectfully Submitted,

HUDGINS, HUDGINS, & WARRICK, P.C.

By:  _____
STEVEN F. HUDGINS
TBN: 00793993
Federal ID: 19623
ERIC C. NORDSTROM
TBN: 24037189
Federal ID: 33847
24 Greenway Plaza, Suite 1707
Houston, Texas 77046
(713) 623-2550
(713) 623-2793 fax

ATTORNEYS FOR DEFENDANT

# EXHIBIT A

CT System

**Service of Process Transmittal Form**
Wilmington, Delaware

07/29/2004

Via Federal Express (2nd Day)

LITIGATION SUPPORT-HARTFORD
RECEIVED AM
JUL 30 2004

TO: Ramona Nimirowski Corporate Information Manager
The Travelers Companies
One Tower Square
8 MS
Hartford, CT 06183-1050
EMAIL: RAMONA.F.NIMIROWSKI@TRAVELERS.COM

RE: **PROCESS SERVED IN DELAWARE**

FOR   Constitution State Services LLC Domestic State: De

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

1. TITLE OF ACTION: Alfredo De La Garza, Pltf, vs Constitution State Services Company, LLC, Defts.
2. DOCUMENT(S) SERVED: Citation, Petition
3. COURT: District Court, Judicial District, 197th Cameron County, TX
   Case Number 2004073633C
4. NATURE OF ACTION: Demand for Payment
5. ON WHOM PROCESS WAS SERVED: The Corporation Trust Company, Wilmington, Delaware
6. DATE AND HOUR OF SERVICE: By Certified mail on 07/29/2004 with Postmarked Date 07/21/2004
7. APPEARANCE OR ANSWER DUE: By 10:00 A.M. on the Monday next after the expiration of twenty days after service
8. ATTORNEY(S): RW Armstrong
   2600 Old Alice Road
   Ste. A
   Brownsville, TX 78521
9. REMARKS: Name discrepancy noted.

SIGNED   CT Corporation System
PER      Greg Borgese /CS
ADDRESS  1209 Orange Street
         Wilmington, DE 19801
         SOP WS 0006491804

Information contained on this transmittal form is recorded for C T Corporation System's record keeping purposes only and to permit quick reference for the recipient. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information that can be obtained from the documents themselves. The recipient is responsible for interpreting the documents and for taking the appropriate action.

CAUSE NO. 2004-07-3633-C

FILED 3:56 O'CLOCK
AURORA DE LA GARZA DIST. CLE[RK]
JUL 19 2004
DISTRICT COURT OF CAMERON COUNTY, TE[XAS]
_____DEP

| | | |
|---|---|---|
| ALFREDO DE LA GARZA | § | IN THE DISTRICT COURT |
| PLAINTIFF | § | |
| | § | |
| VS. | § | JUDICIAL DISTRICT 197th |
| | § | |
| | § | |
| CONSTITUTION STATE SERVICES | § | CAMERON COUNTY, TEXAS |
| COMPANY, LLC | | |
| DEFENDANT | | |

## PLAINTIFF'S ORIGINAL PETITION
## FOR DECLARATORY JUDGMENT

TO THE HONORABLE COURT:

NOW COMES Plaintiff **ALFREDO DE LA GARZA**, pursuant to the Declaratory Judgment Act, Chapter 37, Texas Civil Practice and Remedies Code and files this his **ORIGINAL PETITION FOR DECLARATORY JUDGMENT** complaining of Defendant **CONSTITUTION STATE SERVICES COMPANY** and for this cause of action, Plaintiff, Alfredo De La Garza, would respectfully show the Court and Jury the following:

I.

Plaintiff Alfredo De La Garza is an individual residing in Cameron County, Texas. The Defendant Constitution State Services Company is a Delaware limited liability company having it's principle place of business in Reading, Pennsylvania and may be reached for service by serving it's registered agent Corporation Trust Company, 1209 Orange Street, Wilmington, Delaware 19801. Plaintiff alleges that discovery should be conducted in accordance with a discovery control plan provided by Rule 190.4 (level 3) Texas Rules of Civil Procedure.

II.

On or about March 15th 2001, Plaintiff Alfredo De La Garza was injured while working; there are numerous medical records documenting the injuries Plaintiff received on March 15, 2001. Plaintiff's employer Coca Cola Company maintained workman' compensation insurance and by Texas statute is afforded a priority lien upon third party recoveries relating to the injuries Plaintiff suffered. Thereafter, on December 3, 2001, Plaintiff sustained major life altering injuries resulting from an automobile collision unrelated to the previous workman compensation injuries. Notwithstanding the events of December 3, 2001 Defendant has demanded and is demanding payment and asserting a lien upon the injuries Plaintiff received on December 3, 2001.

III.

Plaintiff requests that the court declare the workman compensation lien being asserted by the Defendant Constitution State Services Company LLC, upon the settlement with the third party tortfeasor unenforceable null and void, and extinguished as to Alfredo De La Garza. Plaintiff further requests judgment that any monies paid Plaintiff from the December 3, 2001 settlement not be credited against future medical treatment that Plaintiff might require relating to the March 15, 2001 injuries.

IV.

Plaintiff retained the firm of R W Armstrong to represent him in this matter and has agreed to pay the firm reasonable attorney's fees. An award of reasonable attorneys fees to plaintiff would be equitable and just and therefore authorized by Section 37.009 Texas Civil Practice and Remedies Code, and should include trial and appellate fees.

WHEREFORE the Plaintiff requests that the Defendant be cited to appear and answer herein and that upon final hearing the Plaintiff have judgment as follows:

1. A declaration that the lien asserted by the Defendant is unenforceable, null and void as to the events of December 3, 2001 and the injuries sustained by the Plaintiff resulting from the automobile collision; and

2. Defendant not be allowed credit against future medical expense plaintiff may incur resulting from the March 15, 2001 injuries: and

3. Attorneys fees as pled; and

4. Costs of suit; and

5. Such and further relief to which Plaintiff maybe justly entitled.

                         **RESPECTFULLY SUBMITTED**

R W Armstrong
Attorney at Law
2600 Old Alice Road, Ste A
Brownsville, Texas 78521
(956) 546 5556
(956) 546 0470 fax

_____
R W ARMSTRONG
Attorney at Law
armstrong@ies.net

Citation for Personal Service  - BY CERTIFIED MAIL      Lit. Seq. # 5.002.01

No. 2004-07-003633-C

## THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: CONSTITUTION STATE SERVICES COMPANY, LLC
BY SERVING REGISTERED AGENT
CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON, DELAWARE 19801

the     DEFENDANT    , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION FOR DECLARATORY JUDGMENT

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 197th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said    PETITION    was filed on JULY 19, 2004 . A copy of same accompanies this citation.

The file number of said suit being No. 2004-07-003633-C.

The style of the case is:

ALFREDO DE LA GARZA
VS.
CONSTITUTION STATE SERVICES COMPANY, LLC

Said petition was filed in said court by    HON. RON W. ARMSTRONG   
(Attorney for    PLAINTIFF   ), whose address is
2600 OLD ALICE ROAD, SUITE A    BROWNSVILLE, TX. 78521    .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 19th day of    JULY   , A.D. 2004.

   AURORA DE LA GARZA   , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521
By: _____, Deputy

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE |
|---|
| Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation. |
| Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court. |
| NAME OF PREPARER            TITLE |
| ADDRESS |
| CITY            STATE            ZIP |

CERTIFICATE OF DELIVERY OF MAIL

I hereby certify that on the <u>19th</u> of <u>JULY</u> <u>2004</u>, I mailed to <u>CONSTITUTION STATE SERVICES COMPANY, LLC</u> by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO. <u>0420895982</u>
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

<u>AURORA DE LA GARZA</u>, District Clerk
Cameron County, Texas

By: _____, Deputy

NO. 2004-07-3633-C

| | | |
|---|---|---|
| ALFREDO DE LA GARZA | X | IN THE DISTRICT COURT OF |
| VS. | X | CAMERON COUNTY, TEXAS |
| CONSTITUTION STATE SERVICES COMPANY, LLC | X | 197TH JUDICIAL DISTRICT |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW CONSTITUTION STATE SERVICES COMPANY, LLC, Defendant in the above entitled and numbered cause, and for answer to the Plaintiff's pleadings on file herein, would respectfully show unto the Court as follows:

I.

### GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant denies each and every, all and singular, the material allegations contained in Plaintiff's pleadings filed herein, and demands strict proof thereof, as required by the laws of this state of persons or entities who bring suit as the Plaintiff does in the instant case.

II.

Defendant would further plead that it is entitled to recovery of funds it has expended for compensation and medical for the plaintiff, Alfredo De la Garza, pursuant to the Texas Workers' Compensation Act, Chapter 417, Third Party Liability. Defendant pleads that the accident of December 3, 2001 extended and exacerbated the March 15, 2001 work related injuries sustained by Mr. De la Garza requiring the Defendant to expend additional funds under the Texas Workers Compensation Act.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, your Defendant prays that the Plaintiff take nothing by reason of this suit against it and that it be discharged with its costs without delay, and for such other and further relief, both general and special, at law and in equity, to which it may show itself to be justly entitled.

Respectfully submitted,

HUDGINS, HUDGINS & WARRICK, P.C.

BY: _____
JAMES F. HUDGINS
TBN: 10149800
STEVEN F. HUDGINS
TBN: 00793993
24 Greenway Plaza, Suite 1707
Houston, Texas 77046
(713)623-2550
(713)623-2793 (fax)

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I do hereby certify that on the 11th day of August, 2004, a true and correct copy of the foregoing was sent and/or delivered to all parties through counsel of record, pursuant to Rule 21a T.R.C.P.

_____
JAMES F. HUDGINS