UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ALFREDO DE LA GARZA | § |
| | § |
| VS. | § CIVIL ACTION NO. B-04-150 |
| | § |
| | § |
| CONSTITUTION STATE SERVICES | § |
| COMPANY, LLC | § |

## DEFENDANT, CONSTITUTION STATE SERVICES COMPANY, LLC's CERTIFICATE OF INTERESTED PARTIES

Defendant, Constitution State Services Company, LLC, hereby files its Certificate of Interested Parties as follows:

1. Alfredo De La Garza, Plaintiff, 6125 Boca Chica Boulevard, Brownsville, Texas 78521-7233.

2. Ron W. Armstrong, Plaintiff's Counsel, 2600 Old Alice Road, Suite A, Brownsville, Texas 78521.

3. Constitution State Services Company, LLC, Defendant, P.O. Box 12647, Reading, Pennsylvania, 19612-2647.

4. Steven F. Hudgins (Attorney-in-charge), Eric C. Nordstrom, Defendant's Counsel.

5. Coca-Cola Enterprises, Inc., Plaintiff's Employer & Worker's Compensation Policy Holder, 2050 Turner Road, San Benito, Texas 78586

Respectfully Submitted,

**HUDGINS, HUDGINS, & WARRICK, P.C.**

By: _____
STEVEN F. HUDGINS
TBN:  00793993
Federal ID:   19623
24 Greenway Plaza, Suite 1707
Houston, Texas 77046
(713) 623-2550
(713) 623-2793 fax

ATTORNEY-IN-CHARGE FOR DEFENDANT

**OF COUNSEL:**

**HUDGINS, HUDGINS, & WARRICK, P.C.**
ERIC C. NORDSTROM
TBN:  24037189
Federal ID:   33847

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Certificate of Interested Persons was forwarded to all counsel of record pursuant to FRCP 5.

R.W. Armstrong
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

Via Facsimile and certified mail, return receipt requested, on the 9th day of September, 2004.

STEVEN F. HUDGINS