UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ALFREDO DE LA GARZA** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-04-150** |
| | § | |
| | § | |
| **CONSTITUTION STATE SERVICES** | § | |
| **COMPANY, LLC** | § | |

**DEFENDANT'S MOTION TO APPEAR
BY TELEPHONE AT PRE-TRIAL CONFERENCE**

TO THE HONORABLE HILDA TAGLE:

Constitution State Services Company, L.L.C., Defendant in the above-entitled and numbered cause, hereby files this Motion to Appear by Telephone at Pre-Trial Conference. In support, Defendant would respectfully show the following:

I.

This is a suit for declaratory judgment which was removed pursuant to 28 U.S.C. §1332(a)(1). Pursuant to the Order of the Court, the Initial Pre-Trial Conference for this matter has been set on November 9, 2004 at 9:30 a.m.

Plaintiff's counsel is located in Brownsville. Defense counsel is located in Houston. As such, appearing in person for the Initial Pre-Trial Conference would create additional expense to Defendant. Further, counsel for Defendant is currently scheduled to attend a charity event with his wife on the evening of November 8, 2004, and it would be very difficult for Defense counsel to attend this event and personally appear for the Pre-Trial Conference.

Additionally, Counsel for both parties have conferred telephonically regarding the joint discovery and case management plan, and have agreed on a majority of the issues contained

therein, including witnesses to be deposed, deadlines for written and oral discovery, and a mediation deadline. Finally, there are no motions currently pending before this Court, and Counsel for Plaintiff is not opposed to Defense counsel's appearance by telephone.

For these reasons, counsel for Defendant, Steven F. Hudgins, pursuant to Local Court Procedure 4(b), moves the Court to allow him to appear telephonically at the Initial Pre-Trial Conference, or, in the alternative, to reschedule the Initial Pre-Trial Conference for a later date convenient to all parties. Mr. Hudgins telephone number is (713) 623-2550.

II.

In conclusion, Defendant requests this Court allow Steven F. Hudgins to appear by phone for the Initial Pretrial Conference, or, in the alternative, to reschedule the Initial Pre-Trial Conference for a later date convenient to all parties. Defendant also requests such other and further relief, both general and special, at law or in equity, to which it may show itself to be justly entitled.

Respectfully Submitted,

HUDGINS, HUDGINS, & WARRICK, P.C.

By: /s/ Steven F. Hudgins
STEVEN F. HUDGINS
TBN:   00793993
Federal ID:   19623
ERIC C. NORDSTROM
TBN:   24037189
Federal ID:   33847
24 Greenway Plaza, Suite 1707
Houston, Texas 77046
(713) 623-2550
(713) 623-2793 fax

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Defendant's Motion to Appear by Telephone at the Pre-Trial Conference was sent and/or delivered to all parties via counsel of record pursuant to FRCP 5:

      MR. R.W. ARMSTRONG
      2600 Old Alice Road, Suite A
      Brownsville, Texas 78521
      (956) 546 – 5556

Via Facsimile on the 1st day of November, 2004.

                    /s/ Steven F. Hudgins
                    STEVEN F. HUDGINS

**CERTIFICATE OF CONFERENCE**

      I hereby certify that I conferred with opposing counsel regarding the substance of this Motion, and that they are unopposed to same.

                    /s/ Steven F. Hudgins
                    STEVEN F. HUDGINS