United States District Court
Southern District of Texas
ENTERED
NOV 0 2 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| De La Garza, | § § § | |
| v. | § § | CIVIL ACTION NO. B-04-150 |
| Constitution State Services Company; LLC | § § § § | |

## ORDER

BE IT REMEMBERED, that on November 1, 2004, the Court **CANCELLED** the Initial Pretrial Conference scheduled for November 9, 2004, at 9:30 a.m. The Initial Pretrial Conference is now set for _November 30, 2004 @ 4:00 p.m._. Additionally, the Court **GRANTS** Defendant's Unopposed Motion to Appear by telephone at the rescheduled Pretrial Conference [Dkt. No. 5].

DONE at Brownsville, Texas, this 1st day of November, 2004.

Hilda G. Tagle
United States District Judge