# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Kovacevic   ■ Levesque |
| DATE | 11 — 30 — 04 |
| TIME | ☐ a.m.   3:57 p.m. — ☐ a.m.   4:10 p.m. |
| CIVIL ACTION | B — 04 — 150 |
| STYLE | ALFREDO DE LA GARZA *versus* CONSTITUTION STATE SERVICE CO., L.L.C. |



United States District Court
Southern District of Texas
FILED

NOV 30 2004

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT)  ■Initial Pre-Trial Hearing;      (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff:   Ronald Armstrong
Attorney(s) for Defendant:   Steven Frank Hudgins (telephonically).

---

Comments:

Original Primary case filed in state court dealt with workers' comp. This suit has now been resolved and is no longer pending in state court. Def represented that all members of the LLC are not citizens of Texas. Pl challenges the jurisdictional amount and argues it does not exceed 75,000. Argues this is the case because Def offered to settle this case for $53,000, and this should be sufficient to demonstrate the amount in controversy does not exceed 75,000. Pl argues that although the accident aggravated Pl's previous injuries, workers' comp is not entitled to a lien, nor is the lien enforceable, on the settlement with Dr. Garza that resulted from the van accident.
Parties are not opposed to mediate case before Magistrate Judge prior to January 15, 2005.