United States District Court
Southern District of Texas
**ENTERED**
DEC 14 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| ALFREDO DE LA GARZA | § | |
| vs. | § | Civil Action No. B- 04-150 |
| CONSTITUTION STATE SERVICE CO., L.L.C. | § | |

## SCHEDULING ORDER

1. Trial: Estimated time to try: __5-6__ days. ☐ Bench  ■ Jury

2. New parties must be joined by:  12/27/2004
   *Furnish a copy of this scheduling order to new parties.*

3. Parties will mediate case before Magistrate Judge Felix Recio no later than:  1/14/2005
   *(Counsel to contact Judge Recio's secretary to schedule mediation)*

4. The plaintiff's experts will be named with a report furnished by:  2/15/2005

5. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

6. Discovery must be completed by:  5/16/2005
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The Court will provide these dates**************************

7. Dispositive Motions will be filed by:  6/3/2005

8. Joint pretrial order is due:  8/8/2005

9. Docket Call and final pretrial conference is set for 1:30 p.m. on:  8/24/2005

10. Jury Selection is set for 9:00 a.m. on:  9/7/2005
    *(The case will remain on standby until tried)*

Signed __December 14__, 2004, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge