United States District Court
Southern District of Texas
FILED

JAN 0 6 2005

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

ALFREDO DE LA GARZA            *
                               *
vs                             *    CIVIL ACTION NO. B04-150
                               *
CONSTITUTION STATE SERVICE     *
COMPANY, LLC

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

## MEDIATION

**January 13, 2005, at 1:30 p.m.**
(RESET FROM January 6, 2005)

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   U.S. Federal Building & Courthouse, 2nd Floor
         600 E. Harrison
         Brownsville, Texas 78520

**BY ORDER OF THE COURT**

January 5, 2005

cc:   ALL COUNSEL