| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

ALFREDO DE LA GARZA §

vs. § Civil Action No. B- 04-150

CONSTITUTION STATE SERVICE CO., L.L.C. §

*United States District Court*
*Southern District of Texas*
**ENTERED**

**JAN 0 5 2005**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

**AMENDED***
**SCHEDULING ORDER**

1. Trial: Estimated time to try: __5-6__ days.                                     ☐ Bench   ■ Jury

2. New parties must be joined by:                                                    12/27/2004
   *Furnish a copy of this scheduling order to new parties.*

3. Parties will mediate case before Magistrate Judge Felix Recio no later than:   1/31/2005*
   *(Counsel to contact Judge Recio's secretary to schedule mediation)*

4. The plaintiff's experts will be named with a report furnished by:              2/15/2005

5. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

6. Discovery must be completed by:                                                 5/16/2005
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

****************************The Court will provide these dates****************************

7. Dispositive Motions will be filed by:                                           6/3/2005

8. Joint pretrial order is due:                                                    8/8/2005

9. Docket Call and final pretrial conference is set for 1:30 p.m. on:              8/24/2005

10. Jury Selection is set for 9:00 a.m. on:                                        9/7/2005
    *(The case will remain on standby until tried)*

    Signed _____January 5_____, 2004, at Brownsville, Texas.

                                                        _____
                                                        Hilda G. Tagle
                                                        United States District Judge