**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 7 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ALFREDO DE LA GARZA | * |
| | * |
| vs | * CIVIL ACTION NO. B04-150 |
| | * |
| CONSTITUTION STATE SERVICE COMPANY, LLC | * |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

---

**MEDIATION**

**January 27, 2005, at 10:00 a.m.**
(RESET FROM 1/25/05)

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

---

PLACE:   U.S. Federal Building & Courthouse, 2nd Floor
600 E. Harrison
Brownsville, Texas 78520

---

BY ORDER OF THE COURT

January 7, 2005

cc:   ALL COUNSEL