Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

United States District Court
Southern District of Texas
FILED

JAN 2 7 2005

Michael N. Milby
Clerk of Court

Date:   January 27, 2005 from 1:15 pm to 5:15 p.m.

---

C.A. NO. B-04-150  (HGT)

---

| Alfredo De La Garza | * | R W Armstrong |
| vs | * | |
| Constitution State Services Co. | * | S Hudgins |

---

## MEDIATION MINUTES

Plaintiff ALFREDO DE LA GARZA appeared with attorney R Armstrong;
Evelyn Brothers present for Defendant CONSTITUTION STATE SERVICES COMPANY with attorney S Hudgins.

Mediation held.

CASE SETTLED.