United States District Court
Southern District of Texas
FILED

APR 1 4 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALFREDO DE LA GARZA | § | |
| PLANTIFF | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-04-150 |
| | § | |
| CONSTITUTION STATE SERVICES COMPANY, LLC | § | |
| | § | |
| DEFENDANTS | § | |

## JOINT MOTION FOR ENTRY OF
## AGREED TAKE NOTHING JUDGMENT

TO THE HONORABLE HILDA TAGLE:

NOW COMES Plaintiff **ALFREDO DE LA GARZA** and Defendant **CONSTITUTION STATE SERVICES COMPANY, LLC** and files this Joint Motion for Entry of Take Nothing Judgment and in support thereto would show unto the court the following:

I.

The parties have entered into a Mutual Agreement of Settlement in this case, reflecting the terms of settlement as agreed-upon during mediation on January 27, 2005. For the terms of the mediation settlement agreement as well as the Mutual Agreement of Settlement, the parties have agreed to file an Agreed Judgment in this matter. Accordingly, the parties hereby submit to the Court an Agreed Take Nothing Judgment and request that it be signed by this honorable Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Alfredo de la Garza, and Defendant, Constitution State Services Company, LLC, pray that the Court signed it in the Agreed Take Nothing Judgment which is being filed with the court.

Respectfully submitted,

**R.W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Telephone    (956) 546-5556
Telecopier   (956) 546-0470

By: _____
R. W. Armstrong
TBA#01323500
Federal ID No. 2237
**ATTORNEY FOR PLAINTIFFS**


**HUDGINS, HUDGINS & WARRICK, PC**

By: _____
Stephen F. Hudgins
TBA #00793993
Federal ID No. 19623
24 Greenway Plaza, Suite 1707
Houston, TX 77046
Telephone    (713) 623-2550
Telecopier   (713) 623-2550
**ATTORNEY FOR DEFENDANT**

Alfredo de La Garza v. Constitution State Services Co. LLC  Agreed Take Nothing Judgment