United States District Court
Southern District of Texas
ENTERED

APR 1 9 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALFREDO DE LA GARZA | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-04-150 |
| | § | |
| CONSTITUTION STATE SERVICES | § | |
| COMPANY, LLC | § | |
| DEFENDANTS | § | |

## AGREED TAKE NOTHING JUDGMENT

On this day, the Court considered the Joint Motion for Entry of Agreed Take Nothing Judgment by Plaintiff, Alfredo de la Garza, and Defendant, Constitution State Services, LLC. After considering the pleadings and the motion, the Court is of the opinion that said motion should be in all things **GRANTED**.

IT IS, THEREFORE, ORDERED that Plaintiff, Alfredo de la Garza take nothing by reason of this lawsuit and that all costs of court spent or incurred in this case shall be paid by the party incurring the same.

IT IS FURTHER ORDERED that all other relief not expressly granted in this judgment is hereby denied.

SIGNED this 18th day of April, 2005.

JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE:

**R.W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Telephone                                (956) 546-5556
Telecopier                               (956) 546-0470

By:_____
R. W. Armstrong
TBA#01323500
Federal ID No. 2237
**ATTORNEYS FOR PLAINTIFF**


**HUDGINS, HUDGINS & WARRICK, PC**
24 Greenway Plaza, Suite 1707
Houston, TX 77046
Telephone     (713) 623-2550
Telecopier    (713) 623-2550

By: _____
Stephen F. Hudgins
TBA #00793993
Federal ID No. 19623
**ATTORNEYS FOR DEFENDANT**